**People of the State of Illinois, Appellee, v. Willie E. Pruitt, Appellant.**

**Gen. No. 50,915.** 

First District, Second Division.

June 28, 1966.

 Edward M. Levin, Jr., of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James Zagel, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.